**In the Matter of Leona HACKMAN.**

**No. ED 90554.**

Missouri Court of Appeals,
Eastern District,
Division Five.

July 8, 2008.

Claude Knight, Joshua Knight, Co–Counsel, St. Charles, MO, for appellant.

Jennifer Gardner, Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, C.J., MARY K. HOFF, J., and NANNETTE A. BAKER, J.

### ORDER

PER CURIAM.

Leona Hackman appeals from a trial court judgment granting letters of conservatorship and appointing a conservator for her estate. Ms. Hackman argues that the trial court erred in granting the letters of conservatorship and appointing a conservator because there was not clear and convincing evidence of her disability. She further argues that the trial court did not apply the "least restrictive environment principle" in appointing a conservator.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).